# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES HOLMES, <br> TDCJ No. 229770 | § § § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3642-S-BN |
| HUTCHINS | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES <u>MAGISTRATE JUDGE AS SUPPLEMENTED</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case ("FCR") [ECF No. 6]. After Plaintiff filed an amended complaint while the FCR was pending, the Magistrate Judge supplemented the FCR. *See* ECF No. 8 ("Supplemental FCR"). Plaintiff then filed an objection. The District Court reviewed *de novo* those portions of the FCR and Supplemental FCR to which objections were made, and reviewed the remaining portions of the FCR and Supplemental FCR for plain error. The Court **OVERRULES** the objections, and finds no plain error in the remaining portions of the FCR and Supplemental FCR. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 17, 2021.

**UNITED STATES DISTRICT JUDGE**